UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PHILLIP JEROME GARDNER,

                Plaintiff,

-against-

GREEN HAVEN CORR. FACILITY;
WESTCHESTER MEDICAL CENTER,

                Defendants.

25cv3979 (LTS)

CIVIL JUDGMENT

      For the reasons stated in the June 4, 2025, order, this action is dismissed. The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith, and therefore IFP status is denied for the purpose of an appeal. See Coppedge v. United States, 369 U.S. 438, 444-45 (1962).

SO ORDERED.

Dated:  June 4, 2025
         New York, New York

                                  /s/ Laura Taylor Swain
                                   LAURA TAYLOR SWAIN
                               Chief United States District Judge